UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | IP 98-003-CR-T/F |
| ) | 1:05-cv-1412-JDT-TAB |
| JOHN E. THOMAS, ) | |
| ) | |
| Defendant. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. A copy of the defendant's filing of December 22, 2005, shall be included with the distribution of this Entry.

2. The defendant's motion for Entry filed on December 22, 2005, is another statement that he is subject to unlawful conditions at the state prison where he is confined. He seeks no relief in that motion and the court finds no basis for granting any relief, so the motion is **denied.**

**IT IS SO ORDERED.**

Date: 01/03/2006

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

John Eric Thomas
DOC # 137153
Maximum Control Facility
P.O. Box 557
Westville, IN 46391-0557

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.